In the Matter of the Claim of MARGARET REICHEL, Respondent, against STOKOL SALES OF NEW YORK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 20, 1954; decided December 31, 1954.

*Paul F. Donohue* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DYE and FROESSEL, JJ. DESMOND, FULD and VAN VOORHIS, JJ., dissent and vote to reverse and to dismiss the claim.